AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MARCELO JOEL SANTOS-CORDERO | CASE NUMBER: 08cr2871-JM |

    I, MARCELO JOEL SANTOS-CORDERO, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8·28·08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                                 x *M. Joel Santos Cordero.*
                                                     Defendant

                                                       Counsel for Defendant

Before _____
         Judicial Officer

FILED
AUG 28 2008